DAVID R. SINGH (Bar No. 300840)
david.singh@weil.com
MORGAN D. MACBRIDE (Bar No. 301248)
morgan.macbride@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 4th Floor
Redwood Shores, CA 94065-1134
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorneys for Defendant ANTHROPIC PBC dba ANTHROPIC, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLOMON SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>ANTHROPIC, PBC dba ANTHROPIC, INC.,<br><br>Defendant. | Case No. 3:26-cv-07789-AGT<br>(Related Case No.: 3:26-cv-05763-AGT)<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER FOR EXTENSION OF TIME FOR DEFENDANT ANTHROPIC PBC TO RESPOND TO COMPLAINT AND TO SET BRIEFING SCHEDULE PURSUANT TO CIV. L.R. 6-2**<br><br>Dept.: Courtroom A – 15th Floor<br>Judge: Honorable Alex G. Tse |

Pursuant to Rule 6-2 of the Civil Local Rules of the United States District Court, Northern District of California, Plaintiff Solomon Smith and Defendant Anthropic PBC hereby jointly stipulate as follows:

WHEREAS, Defendant was served with Summons and Complaint on July 31, 2026, and Defendant's deadline to answer, move, or otherwise respond is August 21, 2026;

WHEREAS, Plaintiff and Defendant agree that the Defendant shall have until September 4, 2026 to answer, move, or otherwise respond to Plaintiff's Complaint, *see* Singh Decl. at 4(a);

WHEREAS, Plaintiff and Defendant agree that Plaintiff shall have until October 2, 2026 to oppose any such motion or response by Defendant, *see* Singh Decl. at 4(b);

WHEREAS, Plaintiff and Defendant also agree that Defendant shall have until October 16, 2026 to file a reply in further support of any motion or response by Defendant, *see* Singh Decl. at 4(c);

WHEREAS, Rule 6-2 of the Local Rules of the United States District Court, Northern District of California, permits the parties to seek a court order extending any deadline "that would accelerate or extend time frames set in the Local Rules or in the Federal Rules" so long as the stipulation is accompanied by a declaration that "(1) [s]ets forth with particularity the reasons for the requested enlargement or shortening of time; (2) [d]iscloses all previous time modifications in the case, … and (3) [d]escribes the effect the requested time modification would have on the schedule for the case."

WHEREAS, Plaintiff and Defendant agree that there is good reason for this Court to grant the extensions, *see* Singh Decl. at 4(a);

WHEREAS, Plaintiff and Defendant have not previously requested any extension of time to respond to the Complaint or otherwise requested any other time modifications, *see* Singh Decl. at 4(d);

WHEREAS, the requested extensions will not have an effect the overall case schedule or any other deadlines, *see* Singh Decl. at 4(e);

NOW THEREFORE, Plaintiff and Defendant, by and through their respective undersigned counsel, hereby stipulate as follows:

1. The time for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint shall be September 4, 2026;

2. The time for Plaintiff to oppose any such motion or response by Defendant shall be

October 2, 2026; and

3. The time for Defendant to file a reply in further support of any motion or response by Defendant shall be October 16, 2026.

4. This stipulation does not waive any rights or defenses.

IT IS SO STIPULATED

Dated: August 18, 2026

Respectfully submitted,

CLARKSON LAW FIRM

By: */s/ Glenn A. Danas*
Glenn A. Danas

Dated: August 18, 2026

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

By: */s/ David R. Singh*
DAVID R. SINGH
MORGAN D. MACBRIDE

*Attorneys for Defendant ANTHROPIC PBC dba ANTHROPIC, INC.*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, David R. Singh, am the ECF User whose ID and password are being used to file the foregoing. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Plaintiff's Counsel concurred in this filing, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: August 18, 2026

By: */s/ David R. Singh*
DAVID R. SINGH

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:

1. The time for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint shall be September 4, 2026;

2. The time for Plaintiff to oppose any such motion or response by Defendant shall be October 2, 2026; and

3. The time for Defendant to file a reply in further support of any motion or response by Defendant shall be October 16, 2026.

4. This stipulation does not waive any rights or defenses.

Dated: August 19, 2026

Honorable Alex G. Tse
UNITED STATES MAGISTRATE JUDGE